1
2
3
4
5
6

**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (State Bar No. 259178)
6167 Bristol Parkway
Suite 200
Culver City, California 90230
Telephone: 310-997-0471
Facsimile: 866-286-8433
E-Mail: nick@wajdalawgroup.com
*Attorney for Plaintiffs*

7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15

BRIAN WALSH & EILEEN WALSH,

Plaintiffs,

v.

AMERICAN RECOVERY SERVICE INCORPORATED,

Defendant.

Case No. 2:21-cv-01717-VAP-AGR

**NOTICE OF SETTLEMENT**

16
17
18
19
20
21
22

PLEASE TAKE NOTICE that BRIAN WALSH & EILEEN WALSH ("Plaintiffs"), hereby notify the Court that Plaintiffs and Defendant AMERICAN RECOVERY SERVICE INCORPORATED, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties propose to file a dismissal within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

23

Date: April 14, 2021

Respectfully submitted,

24
25
26
27
28

By: /s/ Nicholas M. Wajda
Nicholas M. Wajda
**WAJDA LAW GROUP, APC**
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: 310-997-0471
E-mail: nick@wajdalawgroup.com
*Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Nicholas M. Wajda*
Nicholas M. Wajda, Esq.