JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| BRIAN WALSH, et al., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN RECOVERY SERVICE INCORPORATED, <br><br> Defendants. | Case No. 2:21-cv-01717-VAP-AGRx <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of thirty (30) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: June 30, 2021

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge